JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATIONHOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, CONTRACT ADMINISTRATION FUND, SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, and OPERATING ENGINEERS WORKERS COMPENSATION TRUST,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>D & S EQUIPMENT INC., a California corporation,<br><br>　　　　　　　　Defendant. | CASE NO.: 8:23-cv-01882-KK-ADSx<br><br>**JUDGMENT** |

1

**JUDGMENT**

1814269

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Fund for Construction Industry Advancement, Engineers Contract Compliance Committee Fund, Contract Administration Fund, Southern California Partnership for Jobs Fund, and Operating Engineers Workers Compensation Trust shall recover from Defendant, D & S Equipment, Inc., a California corporation, the principal amount of $60,509.19, plus attorneys' fees of $18,239.25 and costs of $484.40, plus post-judgment interest as provided by law from the date of entry of the judgment herein until paid in full.

Dated: March 27, 2024

_____
Honorable Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE